IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIAM HERRING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-CV-146-WKW |
| | ) [WO] |
| SGT. WILSON, CO FROSTER, | ) |
| OFFICER SMITH, and OFFICER | ) |
| SHONNER, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff, an inmate at the Elmore County Jail, filed this action under 42 U.S.C. § 1983. However, he failed to pay the required filing fee or file a motion seeking leave to proceed *in forma pauperis* with the required inmate account information. As a result, the Court ordered him to pay the required filing fee or file a motion for leave to proceed *in forma pauperis* with the required inmate account documents by May 27, 2025. *See* Doc. 3. The May 27 deadline has passed, and Plaintiff has failed to respond to the Court's Order.

Based on Plaintiff's failure to comply with the Court's Order, this action will be dismissed without prejudice. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (providing that "dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion") (citations

omitted). The authority of courts to impose sanctions for failure to prosecute or obey an order is longstanding and acknowledged by Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962). This authority "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* It further empowers the courts "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Id.* at 630–31. In this case, the court finds that sanctions lesser than dismissal would not suffice. *See Mingo v. Sugar Cane Growers Co-Op of Fla.*, 864 F.2d 101, 102 (11th Cir. 1989).

Accordingly, it is ORDERED that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 16th day of June, 2025.

                                          /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE